United States District Court
Southern District of Texas
**ENTERED**
October 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OMAR VILLAREAL CRUZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-01061 |
| | § | |
| WARDEN/OFFICER IN CHARGE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The District Judge orders this case be referred to the randomly selected Magistrate Judge: Ignacio Torteya, III.

SIGNED this October 2, 2026

Rolando Olvera
United States District Judge